HERBERT R. KUHN *v.* SAUL SADINSKY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 37 Conn. App. 905 (AC 13458), is denied.

*Richard D. Haviland,* in support of the petition.

Decided May 1, 1995

STATE OF CONNECTICUT *v.* DOUGLAS JAYNES

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 417 (AC 13076), is denied.

*Susan M. Hankins,* assistant public defender, in support of the petition.

*Judith Rossi,* assistant state's attorney, in opposition.

Decided May 8, 1995

TORI L. MCKEE *v.* JOANNE B. ERIKSON

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 146 (AC 12730), is denied.

*B. Paul Kaplan,* in support of the petition.

*Martin M. Rutchik,* in opposition.

Decided May 8, 1995

JAMES S. PETERS II *v.* CLARENCE PEARL ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 37 Conn. App. 153 (AC 13547), is denied.

*Daniel K. Lamont,* in support of the petition.

Decided May 8, 1995